**Case No.:** CR03-482-PA   **Date of Proceeding:** 1/27/05

**Case Title:** USA v. Humberto Castro

**Presiding Judge: Owen M. Panner**   **Courtroom Deputy: Margaret Hunt, 326-8290**

**Reporter:** None   **Tape No:** _____   **AUSA:** Fredric Weinhouse

**DOCKET ENTRY:**

Record of order setting hearing on defendant's motion to correct judgment and sentence (# ) on March 1, 2005, at 1:30 p.m.

## DEFENDANT

(1) Humberto Castro
[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

(2) _____
[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

(3) _____
[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

(4) _____
[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody

## COUNSEL

(1) Matthew Schindler
[ ] Present  [ ] Appointed  [ ] Retained

(2) _____
[ ] Present  [ ] Appointed  [ ] Retained

(3) _____
[ ] Present  [ ] Appointed  [ ] Retained

(4) _____
[ ] Present  [ ] Appointed  [ ] Retained

cc:  [ ] Chambers          [ ] Probation Office
     [ ] Counsel of Record [ ] Pretrial Services Office
     [ ] Jury Clerk        [ ] U.S. Marshal's Office   **Document No:** _____

**CRIMINAL MINUTES**